1  Hardy Ray Murphy CA Bar No. 187149
   hardy.murphy@ogletree.com
2  Shardé T. Skahan CA Bar No. 286157
   sharde.skahan@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  400 South Hope Street, Suite 1200
   Los Angeles, CA  90071
5  Telephone:  213.239.9800
   Facsimile:   213.239.9045
6
   Attorneys for Defendant
7  HONEYWELL INTERNATIONAL, INC.

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| YUKIO TAIRA, by and through his guardian ad litem, Veronica Lanuza,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC.; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:18-cv-10041-RAO<br><br>**DEFENDANT HONEYWELL INTERNATIONAL INC.'S OBJECTION TO ASSIGNMENT TO MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT**<br><br>Complaint Filed: September 6, 2018<br>Removal Date:    November 30, 2018<br><br>Trial Date:          None<br>District Judge:   None<br>Magistrate Judge: Rozella A. Oliver |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, PLAINTIFF, AND HIS ATTORNEYS OF RECORD:

Defendant Honeywell International, Inc. ("Honeywell") is in receipt of the Court's Notice to Counsel regarding assignment to the Court's "Direct Assignment of Civil Cases to Magistrate Judges Program" ("Program") under General Order 12-02. Honeywell objects to assignment to the Program and requests the Court reassign the case to a District Judge.

DATED: December 6, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/ Shardé T. Skahan*
Hardy Ray Murphy
Shardé T. Skahan
Attorneys for Defendant
HONEYWELL INTERNATIONAL, INC.

36608779.1

# CERTIFICATE OF SERVICE
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to this action. My business address is 400 S. Hope Street, Suite 1200, Los Angeles, California 90071.

On December 6, 2018, I served on Plaintiff's Counsel, at the listed address, the following document(s) described as:

1. *Defendant Honeywell International Inc.'s Objection To Assignment To Magistrate Judge And Request For Reassignment*

Christopher A. Asvar, Esq.
Jonathan Perez, Esq.
ASVAR LAW, P.C.
10940 Wilshire Blvd., Suite 2150
Los Angeles, CA 90024
Telephone: (310) 442-7700
Facsimile: (310) 442-7701

I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐ deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

☒ I placed the sealed envelope or package for collection and mailing, following our ordinary business practices, with first class prepaid postage. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

I declare I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of

1 | America that the above statement is true and correct.

2 |     Executed on December 6, 2018, at Los Angeles, California.

5 | Candace Roni